UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLENN PACHECO,

        Plaintiff,

   v.

JPMORGAN CHASE BANK, N.A.,

        Defendant.

Case No. 3:15-cv-05689-JD

**ORDER CONDITIONALLY DISMISSING CASE**

The Court was advised on October 18, 2016, that the parties settled. Dkt. No. 49. The parties were directed to update the Court on settlement status by October 28, 2016, but failed to do so. Consequently, the Court vacates all pretrial deadlines and dismisses this case without prejudice. If any party certifies to the Court within **14** days from the date of this order that the agreed consideration for the settlement of this action has not been delivered, this order will be vacated and the case will be set for a case management conference. If no certification is filed, the dismissal will be deemed to be **with prejudice** after 14 days.

**The parties are directed not to ask the Court for a "dismissal with prejudice" at any time after this order, or to ask for an order confirming dismissal under FRCP 41(a)(1).** No Court order is necessary for dismissal under that rule.

**IT IS SO ORDERED.**

Dated: January 23, 2017

                                                                      JAMES DONATO
                                                                      United States District Judge